**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01426

Countryman Nevada, LLC
a California Limited Liability Company,

      Plaintiff,
vs.

John Doe 1, et.al.,

      Defendants.

---

**NOTICE OF DISMISSAL OF CASE**

---

Now comes Countryman Nevada, LLC, (Countryman or Plaintiff) before the Court.

Plaintiff has determined it will dismiss this case against John Does #8, 9 and 10 pursuant to F.R.C.P. 41(a)(1)(A)(i) as none of the Defendants have filed an Answer or Motion for Summary Judgment in this Matter. Should Plaintiff elect to pursue this action against these Doe Defendants, it will pursue such action in separate litigation.

Therefore, the Plaintiff hereby dismisses the above-referenced action filed against the Defendants John Does #8, 9 and 10, pursuant to F.R.C.P. 41(a)(1)(A)(i), without prejudice.

Respectfully submitted this 22nd day of May, 2014.

BROWN & KANNADY, LLC

*/s/ Scott T. Kannady*

Scott T. Kannady, No. 29995
David J. Meretta, No. 44409
BROWN & KANNADY, LLC
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail: scott@brownlegal.com
E-mail: dmeretta@gmail.com

ATTORNEYS FOR PLAINTIFF

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Maegan M. Stevens*
Maegan M. Stevens
Original Signature on File