IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01426-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

DOES 1-10,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2014.**

    John Doe #7's Motion to File Supplement Under Restriction Level 2 and Motion to Proceed Anonymously [filed June 19, 2014; docket #19] is **granted** as follows. The Clerk of the Court shall maintain under Restriction Level 2 the document located at docket #17 until further order of the Court. In addition, the Clerk of the Court is directed to remove from restriction the motions located at dockets ##18, 19.

    The Defendant may proceed anonymously in this matter as "John Doe 7" only for the purpose of adjudicating any motion to quash or motion to dismiss. Upon resolution of the motion to quash or motion to dismiss, should John Doe 7 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.

    Pursuant to D.C. Colo. LCivR 7.1(d), the Plaintiff shall file a response to John Doe 7's Motion to Quash or Modify Subpoena [docket #18] on or before July 10, 2014, and John Doe 7 may file a reply in support of the motion within fourteen (14) days after the response is served.

    The Clerk of the Court shall send a copy of this minute order to John Doe 7 at the address provided in docket #17.