**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

COUNTRYMAN NEVADA, LLC,
a California limited liability company

---

**PLAINTIFF'S MONTHLY STATUS REPORT**

---

COMES NOW Countryman Nevada, LLC, ("Plaintiff" or "Countryman"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 14-CV-00774:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 1, 2014. Plaintiff has dismissed Does 6, 18, 24, 27, 28 and 30 from this action.

**Civil Action No. 14-CV-00964:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 16, 2014.

**Civil Action No. 14-CV-01009:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 16, 2014. Plaintiff has dismissed Does 3, 4, 12 and 19 from this action.

**Civil Action No. 14-CV-01039:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 25, 2014. Plaintiff has dismissed Does 2 and 9 from this action.

**Civil Action No. 14-CV-01084:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 21, 2014. Plaintiff has dismissed Does 9, 15, 27, 29 and 32 from this action.

**Civil Action No. 14-CV-01092:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 21, 2014. Plaintiff has dismissed Doe 6 from this action.

**Civil Action No. 14-CV-01149:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 25, 2014.

**Civil Action No. 14-CV-01391:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on May 21, 2014.  Plaintiff has dismissed Doe 4 from this action.

**Civil Action No. 14-CV-01404:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on May 21, 2014.

**Civil Action No. 14-CV-01426:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on May 23, 2014.  Plaintiff has dismissed Does 8, 9 and 10 from this action.

**Civil Action No. 14-CV-01716:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on June 25, 2014.

**Civil Action No. 14-CV-01733:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on June 25, 2014.

Respectfully submitted this 10th day of July, 2014.

        BROWN & KANNADY, LLC

        **/s/ Scott T. Kannady**

        Scott T. Kannady, No. 29995
        2000 South Colorado Blvd., Suite 2-610
        Denver, CO 80222
        Phone:  (303) 757-3800
        Fax:  (303) 757-3815
        E-mail:  scott@brownlegal.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on 10th day of July 2014, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

      By: /s/ Maegan Stevens
      Maegan M. Stevens, Paralegal
      Brown & Kannady, LLC