**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

COUNTRYMAN NEVADA, LLC,
a California limited liability company

---

**PLAINTIFF'S MONTHLY STATUS REPORT**

---

COMES NOW Countryman Nevada, LLC, ("Plaintiff" or "Countryman"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 14-CV-00964:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 16, 2014.  Plaintiff has dismissed John Doe 8 from this action.

**Civil Action No. 14-CV-01009:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 16, 2014.  Plaintiff has dismissed Does 3, 4, 12 and 19 from this action.

**Civil Action No. 14-CV-01039:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 25, 2014.  Plaintiff has dismissed Does 2, 6, 9, 20 and 21 from this action.

**Civil Action No. 14-CV-01084:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 21, 2014.  Plaintiff has dismissed Does 9, 15, 19, 27, 28, 29 and 32 from this action.

**Civil Action No. 14-CV-01092:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 21, 2014.  Plaintiff has dismissed Doe 6 from this action.

**Civil Action No. 14-CV-01149:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 25, 2014.  Plaintiff has dismissed John Doe 6 from this action.

**Civil Action No. 14-CV-01391:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on May 21, 2014.  Plaintiff has dismissed Does 4 and 8 from this action.

**Civil Action No. 14-CV-01404:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on May 21, 2014.

**Civil Action No. 14-CV-01426:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on May 23, 2014.  Plaintiff has dismissed Does 8, 9 and 10 from this action.

**Civil Action No. 14-CV-01716:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on June 25, 2014.

**Civil Action No. 14-CV-01733:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on June 25, 2014.

Respectfully submitted this 12th day of August, 2014.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail:  scott@brownlegal.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on 12th day of August 2014, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

> By: /s/ Maegan Stevens
> Maegan M. Stevens, Paralegal
> Brown & Kannady, LLC