IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01426-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

      Plaintiff,

v.

DOES 1-7

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 17, 2014.**

      Plaintiff's Request [Motion] for Extension of Time to Serve Defendants [filed September 16, 2014; docket #33] is **granted in part and denied in part**. Plaintiff shall serve the Defendants pursuant to Fed. R. Civ. P. 4(m) on or before October 17, 2014.