**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

COUNTRYMAN NEVADA, LLC,
a California limited liability company

---

**PLAINTIFF'S MONTHLY STATUS REPORT**

---

COMES NOW Countryman Nevada, LLC, ("Plaintiff" or "Countryman"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 14-CV-01009:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 16, 2014. Plaintiff has dismissed Does 3, 4, 12, 19 and 20 from this action.

**Civil Action No. 14-CV-01039:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 25, 2014. Plaintiff has dismissed Does 2, 6, 9, 10, 13, 20 and 21 from this action.

**Civil Action No. 14-CV-01084:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on April 21, 2014. Plaintiff has dismissed Does 9, 15, 19, 21, 25, 27, 28, 29 and 32 from this action.

**Civil Action No. 14-CV-01404:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on May 21, 2014. Plaintiff has dismissed Does 2, 10, 13, 18 and 23 from this action.

**Civil Action No. 14-CV-01426:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on May 23, 2014. Plaintiff has dismissed Does 8, 9 and 10 from this action.

**Civil Action No. 14-CV-01716:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on June 25, 2014. Plaintiff has dismissed Doe 8 from this action.

**Civil Action No. 14-CV-01733:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on June 25, 2014. Plaintiff received subpoenaed documents from CenturyLink QC on or about July 24, 2014 and from Comcast Cable Communications, LLC on or about August 25, 2014.

Respectfully submitted this 10th day of October, 2014.

                          BROWN & KANNADY, LLC

                          **/s/ Scott T. Kannady**

                          Scott T. Kannady, No. 29995
                          2000 South Colorado Blvd., Suite 2-610
                          Denver, CO 80222
                          Phone: (303) 757-3800
                          Fax: (303) 757-3815
                          E-mail: scott@brownlegal.com

                          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on 10th day of October 2014, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

> By: /s/ Karin R. West
> Karin R. West, Paralegal
> Brown & Kannady, LLC