IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01426-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

      Plaintiff,

v.

DOES 1-7,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 17, 2014.**

      Plaintiff's Second Request [Motion] for Extension of Time to Serve Defendants [filed October 16, 2014; docket #38] is **granted**. Plaintiff shall serve the Defendants pursuant to Fed. R. Civ. P. 4(m) on or before November 17, 2014. The Court will grant no further extensions of this deadline absent a showing of exceptional cause.