**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

COUNTRYMAN NEVADA, LLC,
a California limited liability company

**PLAINTIFF'S MONTHLY STATUS REPORT**

COMES NOW Countryman Nevada, LLC, ("Plaintiff" or "Countryman"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 14-CV-01426:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on May 23, 2014. Plaintiff has dismissed Does 8, 9 and 10 from this action.

**Civil Action No. 14-CV-01716:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on June 25, 2014. Plaintiff has dismissed Does 1 and 8 from this action.

**Civil Action No. 14-CV-01733:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on June 25, 2014. Plaintiff received subpoenaed documents from CenturyLink QC on or about July 24, 2014 and from Comcast Cable Communications, LLC on or about August 25, 2014.

**Civil Action No. 14-CV-02832:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on November 4, 2014. Plaintiff has yet to receive the subpoenaed information from these Internet Service Providers.

**Civil Action No. 14-CV-02856:** Plaintiff served subpoenas on CenturyLink QC and Comcast Cable Communications, LLC on November 4, 2014. Plaintiff has yet to receive the subpoenaed information from these Internet Service Providers.

Respectfully submitted this 10th day of November, 2014.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail:  scott@brownlegal.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on 10th day of November 2014, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

By: /s/ Maegan M. Stevens
Maegan Stevens, Paralegal
Brown & Kannady, LLC